UNITED STATES BANKRUPTCY COURT, NORTHERN DIVISION OF ILLINOIS, EASTERN DIVISION

RE: LLOYD MICHAEL EHRENBERG ) Case No: 10 B 29846
    JANET LEE EHRENBERG     )
                            ) Chapter 13
              Debtor(s)     )
                            ) Judge    SUSAN PIERSON SONDERBY

ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on Jul 02, 2010, [as modified by the amendment filed on __10/27/10__,] having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

___[If applicable] Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

ENTER:

_____
                        Judge

Dated: __28 OCT 2010__