UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                  CASE NO. 10 B 29846
                                                        CHAPTER 13
LLOYD MICHAEL EHRENBERG
JAN EHRENBERG                                           JUDGE JANET S BAER

        DEBTORS                                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NEW CENTURY MORTGAGE CORP

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 5 | 7427 332 SKOKIE CT | $40,697.35 | $40,697.35 | $40,697.35 |
| Total Amount Paid by Trustee | | | | | $40,697.35 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X**  Through the Chapter 13 Conduit            ___ Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 10-29846-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 8th day of April, 2015.

Debtor:
LLOYD MICHAEL EHRENBERG
JAN EHRENBERG
332 SKOKIE CT
WILMETTE, IL 60091

Attorney:
BACH LAW OFFICES
PO BOX 1285
NORTHBROOK, IL 60065
via Clerk's ECF noticing procedures

Mortgage Creditor:
CARRINGTON MORTGAGE
% POTESTIVO & ASSOCIATES PC
134 N LASALLE ST #1110
CHICAGO, IL 60602

Creditor:
NEW CENTURY MORTGAGE CORP
% CARRINGTON MORTGAGE SERV
1610 E SAINT ANDREW PL #B150
SANTA ANA, CA 92705

Mortgage Creditor:
JPMORGAN CHASE BANK NA
PO BOX 44118
JACKSONVILLE, FL 32231-4016

Mortgage Creditor:
CARRINGTON MORTGAGE
PO BOX 54285
IRVINE, CA 92619

Mortgage Creditor:
JPMORGAN CHASE BANK
700 KANSAS LN MC LA4 5555
MONROE, LA 71203

ELECTRONIC SERVICE - United States Trustee

Date: April 08, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603