B18WJ (Form 18WJ) (08/07)

# United States Bankruptcy Court

Northern District of Illinois
### Case No. 10–29846
### Chapter 13

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Lloyd Ehrenberg | Jan Ehrenberg |
| 332 Skokie Court | fka Janet Lee |
| Wilmette, IL 60091 | 332 Skokie Court |
| | Wilmette, IL 60091 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–7781                    xxx–xx–4343

Employer Tax ID / Other nos.:


## DISCHARGE OF JOINT DEBTORS AFTER COMPLETION
## OF CHAPTER 13 PLAN

   It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

   If the trustee has filed and served a notice pursuant to Section B2 (b) of the debtors' plan, and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.


                                    FOR THE COURT


Dated: <u>May 27, 2015</u>              <u>Jeffrey P. Allsteadt, Clerk</u>
                                    United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18WJ (08/07)*

**EXPLANATION OF BANKRUPTCY DISCHARGE
IN A CHAPTER 13 CASE**

    This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

**Collection of Discharged Debts Prohibited**

    The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

    However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

    The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

    **This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-29846-JSB
Lloyd Ehrenberg                                                           Chapter 13
Jan Ehrenberg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 3             Date Rcvd: May 27, 2015
                              Form ID: b18w            Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2015.
```
db/jdb         +Lloyd Ehrenberg,    Jan Ehrenberg,    332 Skokie Court,    Wilmette, IL 60091-3032
15802479       +Blatt Hasenmiller,    125 S WACKER DR #400,    Chicago, IL 60606-4440
15802487        Carrington Mortage Services, LLC,    P.O. Box 54285,    Irvine, CA 92619-4285
15802488        Carrington Mortage Services,    P.O. Box 79001,    Phoenix, AZ 85062-9001
15869963       +Carrington Mortgage Services, LLC,    1610 East Saint Andrew Place, Suite B150,
                 Santa Ana, CA 92705-4931
16511590       +Chase Home Finance,    8333 Ridgepoint Dr,    1st Floor,    Irving, TX 75063-5812
15901595       +Chrysler Financial Services Americas, L.L.C., fka,    DaimlerChrysler Financial Services,
                 Americas, L.L.C,    C/O Riezman Berger, P.C.,    7700 Bonhomme, 7th Fl,
                 St. Louis, MO 63105-1960
15802492       +Citi Advantage World Mastercard,    P.O. Box 688917,    Des Moines, IA 50368
15802494       +Dr Bell Stromberg Harris et al,    737 N. Michigan Avenue Suite 700,    Chicago, IL 60611-6662
15802495       +Equifax Information Services,    P.O. Box 740256,    Atlanta, GA 30374-0256
15802496       +Experian,   P.O. Box 2002,    Allen, TX 75013-2002
15802499       +Global Credit Collection Corp,    300 International Drive,    PMB #10015,
                 Buffalo, NY 14221-5783
15802498       +Global Credit Collection Corp,    P.O. Box 101928,    Birmingham, AL 35210-6928
15802497        Global Credit Collection Corp,    Capital One Bank,    PO Box 6492,    Carol Stream, IL 60197-6492
15802500       +Harris & Harris Ltd,    222 Merchandise Mart Plaza,Ste 1900,    Chicago, IL 60654-1421
15802501       +Hillco Rec,    5 Revere Drive,    Northbrook, IL 60062-1566
15802503      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section,
                 100 W. Randolph Street,    Chicago, IL 60606)
15802502       +Illinois Attorney General,    100 W. Randolph Street,    Chicago, IL 60601-3271
15802504       +Illinois Student Assistance Commiss,    P.O. Box 235,    Deerfield, IL 60015-0235
15802507       +JP Morgan Chase Bank, NA,    Mail Code IL-0169,    131 S. Dearborn St, Floor 5,
                 Chicago, IL 60603-5571
16063247       +JP Morgan Chase Bank, National Association,    c/o Codilis & Associates, P.C.,
                 15w030 North Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
17242167        JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555 - 700 Kansas Lane,
                 Monroe, LA 71203
15802509        Lincolnwood Jewish Congregation,    7117 North Crawford Avenue,    Lincolnwood, IL 60712-2399
15802510       +Northshore University Health System,    4901 Searle Parkway, Suite 330,    Skokie, IL 60077-5314
15802511        Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
15802512       +OrthAssist, LLC,    28085 North Ashley Circle Suite 101,    Libertyville, IL 60048-9758
15802513        Pinnacle Management Services,    514 Market Loop, Suite 103,    Bloomingdale, IL 60108
15802515        Premier Bank,    P.O. Box 988,    Harrisburg, PA 17108-0988
16086488       +Salle Mae,    P O BOX 9533,    Wilkes Barre, PA 18773-9533
15802518        Stand Up MRI of Deerfield,    C/O Certfied Services, Inc.,    P.O. Box 177,
                 Waukegan, IL 60079-0177
15802519        TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
16487620        US Department of Education,    PO Box 65128,    St. Paul, MN  55165
15802520       +United Collections Bureau,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501
15802522       +United States Department of Ed,    P.O. Box 105028,    Atlanta, GA 30348-5028
15802524       +Windham Professionals,    P.O. Box 1048,    Salem, NH 03079-1048
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15802480        +E-mail/Text: mmeyers@blittandgaines.com May 28 2015 01:26:22     Blitt & Gaines,
                 661 Glenn Ave,    Wheeling, IL 60090-6017
15802483         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One,    P.O. Box 85520,
                 Richmond, VA 23285
15802523         EDI: CHASE.COM May 28 2015 00:58:00     Washington Mutual,    WAMU Credit Services,
                 P.O. Box 660487,    Dallas, TX 75266-0487
15802490         EDI: CHRYSLER.COM May 28 2015 00:58:00     Chrysler Financial,    P.O. Box 9001921,
                 Louisville, KY 40290-1921
15802491         EDI: CHRYSLER.COM May 28 2015 00:58:00     Chrysler Financial,    PO Box 2993,
                 Milwaukee, WI 53201-2993
15802493         EDI: CITICORP.COM May 28 2015 00:58:00     Citibank USA,    Attn: Centraliized Bankruptcy,
                 PO Box 20507,    Kansas City, MO 64195
15802482         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One,    P.O. Box 5294,
                 Carol Stream, IL 60197-5294
15802481         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One,    P.O. Box 30285,
                 Salt Lake City, UT 84130-0285
15802485         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One Bank,    P.O. Box 6492,
                 Carol Stream, IL 60197-6492
15802484         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One Bank,    P.O. Box 5294,
                 Carol Stream, IL 60197-5294
15802486        +EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One Bank,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
15994069         EDI: CAPITALONE.COM May 28 2015 00:58:00     Capital One Bank (USA), N.A.,
                 by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC  28272-1083
```

```
District/off: 0752-1           User: dross                 Page 2 of 3                   Date Rcvd: May 27, 2015
                               Form ID: b18w               Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
15802489       +Fax: 602-659-2196 May 28 2015 03:07:09      ChexSystems,   Attn Consumer Relations,
                 7805 Hudson Road Suite 100,    Saint Paul, MN 55125-1703
15802505        EDI: IRS.COM May 28 2015 00:58:00      Internal Revenue Service,   P.O. Box 21126,
                 Philadelphia, PA 19114
15802508       +EDI: CHASE.COM May 28 2015 00:58:00      JP Morgan Chase Bank, NA,   P.O. Box 44118,
                 Jacksonville, FL 32231-4118
15853165        EDI: CAUT.COM May 28 2015 00:58:00      JPMorgan Chase Bank, N.A.,   Chase Auto Finance,
                 Mary Lautenbach,    AZ1-1191,    201 N. Central Ave.,    Phoenix, AZ 85004-0073
16332278        EDI: RESURGENT.COM May 28 2015 00:58:00      LVNV Funding LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
16086282       +E-mail/Text: bknotice@ncmllc.com May 28 2015 01:25:00      National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
20142883       +EDI: PRA.COM May 28 2015 00:58:00      Portfolio Recovery Assocs., LLC,   POB 41067,
                 Norfolk, VA 23541-1067
15802514       +EDI: AMINFOFP.COM May 28 2015 00:58:00      Premier Bank,   P.O. Box 5147,
                 Sioux Falls, SD 57117-5147
16057931       +E-mail/Text: csidl@sbcglobal.net May 28 2015 01:25:40      Premier Bankcard/ Charter,
                 P.O. Box 2208,   Vacaville, CA 95696-8208
15802517       +EDI: NAVIENTFKASMSERV.COM May 28 2015 00:58:00      Sallie Mae,    11100 USA PKWY,
                 Fishers, IN 46037-9203
15802516       +EDI: NAVIENTFKASMSERV.COM May 28 2015 00:58:00      Sallie Mae,   P.O. Box 9533,
                 Wilkes Barre, PA 18773-9533
16244445       +EDI: NAVIENTFKASMSERV.COM May 28 2015 00:58:00      Sallie Mae ECFC,   c/o Sallie Mae Inc.,
                 220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
15802521       +EDI: URSI.COM May 28 2015 00:58:00      United Recovery Systems LP,   5800 North Course Drive,
                 Houston, TX 77072-1613
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15802506      Joshua Ehrenberg
16086487      Joshua Ehrenberg
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2015 at the address(es) listed below:
              Anna Stanley Kahriman    on behalf of Creditor    Carrington Mortgage Services, LLC
               ask@jtlawllc.com,   axb@jtlawllc.com
              Caleb Halberg     on behalf of Creditor    Carrington Mortgage Services, LLC
               chalberg@potestivolaw.com,   bknotices@potestivolaw.com
              Darren L Besic    on behalf of Creditor    JP Morgan Chase Bank, N.A. dbesic@aol.com,
               nancy@dbesiclaw.com
              Gloria C  Tsotsos    on behalf of Creditor    JP Morgan Chase Bank, National Association
               nd-two@il.cslegal.com
              Jose G Moreno    on behalf of Creditor    JP Morgan Chase Bank, National Association
               nd-one@il.cslegal.com
              Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
               Daimler Chrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul M Bach    on behalf of Debtor Lloyd  Ehrenberg paul@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
              Paul M Bach    on behalf of Joint Debtor Jan  Ehrenberg paul@bachoffices.com,
               bachecf@gmail.com;BachLaw@IAmTheWolf.com;ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo
               @gmail.com;mbadwan@sulaimanlaw.com;sulaiman.igotnotices@gmail.com
```

```
District/off: 0752-1           User: dross                Page 3 of 3           Date Rcvd: May 27, 2015
                               Form ID: b18w              Total Noticed: 60
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      Penelope N Bach    on behalf of Debtor Lloyd  Ehrenberg pnbach@sulaimanlaw.com, ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Penelope N Bach    on behalf of Joint Debtor Jan  Ehrenberg pnbach@sulaimanlaw.com, ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbadwan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpress.info
      Rachael A Stokas   on behalf of Creditor   JP Morgan Chase Bank, National Association ND-Two@il.cslegal.com
      Tom  Vaughn    ecf@tvch13.net,   ecfchi@gmail.com

                                                              TOTAL: 13