UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:<br>Lloyd Ehrenberg<br>Jan Ehrenberg<br>    fka Janet Ehrenberg<br><br>    Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 10-29846<br><br>Chapter: 13 |

### ORDER ON MOTION TO EXTEND TIME TO FILE A RESPONSE

WHEREAS Wells Fargo Bank N.A., as Trustee, for Carrington Mortgage Loan Trust, Series 2006-NC3 Asset-Backed Pass-Through Certificate ("Movant") has filed a Motion to Extend Time to File a Response, notice of said motion has been submitted, and the Court being more fully advised in the premises;

IT IS HEREBY ORDERED:
1. The response deadline is extended until October 1, 2015.
2. The reply deadline is extended until October 22, 2015.

Enter: /s/ Janet S. Baer

Dated: 10/1/15

United States Bankruptcy Judge

**Prepared by:**

/s/ Caleb J. Halberg

Rev: 201100318_bko