UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 10-29846 |
| Lloyd Ehrenberg | ) | |
| Jan Ehrenberg | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING THE DEBTORS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY TO MOTION FOR CIVIL CONTEMPT/SANCTIONS**

THIS CAUSE coming to be heard on the DEBTORS' AMENDED MOTION FOR EXTENSION OF TIME TO FILE THEIR REPLY TO MOTION FOR CIVIL CONTEMPT/SANCTIONS, service having been provided to all parties entitled thereto, and the Court being fully advised,

IT IS HEREBY ORDERED THAT:

The Debtors are granted leave to January 7, 2016 to file a reply to the Motion for Civil Contempt/Sanctions.

Enter: *Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: January 07, 2016

**Prepared by:**

Paul M. Bach ARDC #6209530
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181