# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br>Lloyd Ehrenberg and Jan Ehrenberg,<br><br>Debtors | NO. 10-29846<br>Chapter 13<br><br>Honorable Judge Janet S. Baer |

## NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. §524 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 FOR VIOLATIONS OF THE DISCHARGE INJUNCTION AND FED. R. BANKR. P. 9020 SEEKING SANCTIONS FOR CIVIL CONTEMPT AGAINST CARRINGTON MORTGAGE SERVICES, LLC (DOCKET 81)

**NOW COMES**, Lloyd Ehrenberg and Jan Ehrenberg ("Debtors"), by and through their attorneys, Paul M. Bach and Penelope N. Bach of Bach Law Offices, bringing this Notice of Withdrawal as follows:

1. Debtor's Motion Pursuant to 11 U.S.C. § 524 for Violations of the Discharge Injunction and Fed. R. Bankr. 9020 for Civil Contempt (Docket Number 81) is withdrawn without prejudice.

Dated: June 15, 2016

Respectfully Submitted,

/s/ Paul M. Bach
Paul M. Bach, #6209530
Counsel for Debtors
Bach Law Offices
PO Box 1285
Northbrook, IL 60065
(847) 564-0808